IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LALIKANT K. MODI                                                                                      PLAINTIFF

v.                                              No. 4:06MC00002 GH

JEREMY BLACKBURN, ET AL.                                                            DEFENDANTS

### ORDER

Pending before the Court is the February 6th motion to quash subpoena and motion for protective order filed by William H. L. Woodyard, III and the law firm of Mitchell, Williams, Selig, Gates & Woodyard, P.L.L.C. They state that plaintiff is seeking sixteen categories of documents concerning Indigo which the law firm represented in matters that appear unrelated to the current lawsuit which is pending in the United States District Court for the Northern District of Alabama. Movants assert that some of the documents sought are clearly protected by the attorney-client privilege, other documents fall within a "gray area" and all prepared or gathered by them are protected by the work-product privilege. They state that they have made an exact copy of their file concerning Indigo and are prepared to send it to Indigo's current counsel so that plaintiff could seek those documents from Indigo and its current counsel could then make their own determination as to what documents are protected. No response to this motion has been filed.

The Court agrees with movants that, in light of them sending an exact copy of their file to Indigo, plaintiff should seek this discovery directly from Indigo.

Accordingly, the February 6th motion (#1) to quash subpoena and for protective order by movants is hereby granted.

IT IS SO ORDERED this 10th day of March, 2006.

/s/ George Howard, Jr.
UNITED STATES DISTRICT JUDGE